# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 19, 2015

Mr. Harry Margerum Johnson III
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA  23219-4074

RE:  15-3658  Union Electric Company, et al v. EPA, et al

Dear Counsel:

We have received a petition for review of an order of the Environmental Protection Agency in the above case, together with a check in the sum of $500 for the docket fee. Receipt for docketing fee will be sent through the mail.

A file stamped copy of the petition is being returned to you in the envelope you provided.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The petition has been filed and docketed. A copy of the petition is hereby served upon the respondent in accordance with Federal Rule of Appellate Procedure, 15(c).

Your attention is invited to the briefing schedule pertaining to administrative agency cases, a copy of which will be sent under separate Notice of Docket Activity. The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our website, the address of which is shown above. Counsel for both sides should familiarize themselves with the material and immediately confer regarding the briefing schedule and contents of the appendix.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site

[www.ca8.uscourts.gov](www.ca8.uscourts.gov). In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at [https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl](https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl). Questions about CM/ECF may be addressed to the Clerk's office.

                                             Michael E. Gans
                                             Clerk of Court

JMH

Enclosures

cc:     Mr. Avi Samuel Garbow
        Loretta E. Lynch
        Ms. Gina McCarthy

        Agency Number:   80 Fed. Reg. 67,838

**Caption For Case Number:   15-3658**

Union Electric Company, doing business as Ameren Missouri; Utility Water Act Group

       Petitioners

v.

United States Environmental Protection Agency; Gina McCarthy, in her official capacity as Administrator of the United States Environmental Protection Agency

       Respondents

**Addresses For Case Participants:   15-3658**

Mr. Harry Margerum Johnson III
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA  23219-4074

Mr. Avi Samuel Garbow
U.S. ENVIRONMENTAL PROTECTION AGENCY
Office of General Counsel
Mail Code 2310A
1200 Pennsylvania Avenue, N.W.
Washington, DC  20460

Loretta E. Lynch
U.S. DEPARTMENT OF JUSTICE
Office of the Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

Ms. Gina McCarthy
U.S. ENVIRONMENTAL PROTECTION AGENCY
Administrator
Mail Code:1101A
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC  20460